**Brief Stricken and Order filed September 09, 2021**



## In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00123-CV
_____

## MARCUS JACQUOT, Appellant

### V.

## MELODY COKER, Appellee

**On Appeal from the 280th District Court
Harris County, Texas
Trial Court Cause No. 2019-51429**

## ORDER

Appellee's brief discloses the name of a person who was a minor when the underlying suit was filed. *See* Tex. R. App. P. 9.9(a)(3). Accordingly, the brief is STRICKEN.

Appellee is ordered to file a brief that complies with Texas Rule of Appellate Procedure 9.9 on or before **September 20, 2021**.

PER CURIAM

Panel Consists of Justices Jewell, Spain, and Wilson.